JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> FASHION NOVA, LLC, formerly known as FASHION NOVA, INC., <br><br> Defendant and Counter-Plaintiff. | Case No. 2:20-cv-9846-JVS-KS <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> The Honorable James V. Selna |

**ORDER**

Pursuant to the Stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this action is dismissed with prejudice, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

DATED:  November 5, 2021

By _____
The Honorable James V. Selna